1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    WILLIAM F. RUSSELL,                      No.: 2:14-cv-02209-KJM-DAD

12                Plaintiff,

13          v.                                  ORDER

14    UNITED STATES OF AMERICA,

15                Defendant.

16

17          Plaintiff filed a negligence action against defendant on September 23, 2015.  (ECF

18    1.)  On April 27, 2015, the parties participated in the court's Voluntary Dispute Resolution

19    Program (VDRP) and reached settlement.  *See* ECF No. 12.  On May 5, 2015, the parties filed a

20    stipulated settlement agreement and proposed order approving the settlement.  (ECF 13.)  In the

21    settlement agreement, the parties request that this court retain jurisdiction to enforce the

22    settlement agreement.  (*Id.* at 4.)

23          By this order, the court APPROVES the parties' stipulation and dismisses the

24    action with prejudice.  However, the court in its discretion declines to maintain jurisdiction to

25    enforce the terms of the parties' settlement agreement.  *Kokkonen v. Guardian Life Ins. Co. of*

26    *Am.*, 511 U.S. 375, 381 (1994); *cf. Collins v. Thompson*, 8 F.3d 657, 659 (9th Cir. 1993).  Unless

27    there is some independent basis for federal jurisdiction, enforcement of the agreement is for state

28    courts.  *Kokkonen*, 511 U.S. at 382.

                                              1

1

2               IT IS SO ORDERED

3   DATED:  June 4, 2015.

4

5                                              _____

6                                              UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28